UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X
EFRAIN MORALES, MARCO TULIO MORALES, and
FREDDY ANTONIO MORALES, individually and on behalf         Civil Action No.
of all others similarly situated,                                                         2:20-cv-06690-AME
                                  Plaintiffs,

                    -against-

AQUA PAZZA LLC d/b/a FIN RAW BAR & KITCHEN, FIN
OYSTER AND COCKTAIL BAR, ESSEX RESTAURANT
GROUP LLC d/b/a THE CROSBY and d/b/a FIN RAW BAR
& KITCHEN, SALUTE BRICK OVEN BISTRO, PIER
VILLAGE STINGRAY, LLC d/b/a FIN OYSTER AND
COCKTAIL BAR LONG BRANCH, GIROLAMO
CERRIGONE JR. a/k/a GERRY CERRIGONE, AND
THE ESTATE OF ROBERT GACCIONE JR.,
                                  Defendants.
------------------------------------------------------------------------X

**ORDER APPROVING SETTLEMENT AND ORDERING DISCONTINUANCE OF CLAIMS WITH PREJUDICE AS TO DEFENDANTS AQUA PAZZA LLC, FIN OYSTER AND COCKTAIL BAR, ESSEX RESTAURANT GROUP LLC, AND THE ESTATE OF ROBERT GACCIONE JR.**

     **WHEREAS,** on June 1, 2020, Plaintiffs filed a Complaint, which asserts claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"); the New Jersey Wage and Hour Law ("NJWHL"); and the New Jersey Wage Payment Act ("NJWPA");

     **WHEREAS,** Plaintiffs and defendants Aqua Pazza LLC d/b/a Fin Raw Bar and Kitchen ("Aqua Pazza"), Fin Oyster and Cocktail Bar ("Fin Oyster"), Essex Restaurant Group LLC d/b/a the Crosby ("Essex"), and The Estate of Robert Gaccione Jr. ("Gaccione") (collectively, "Gaccione Defendants") have reached an agreement resolving all claims alleged in this action against Gaccione Defendants;

     **WHEREAS**, the Court has reviewed the settlement agreement [D.E. 76 and 90] and finds that the compromise reached is a fair and reasonable resolution of a bona fide dispute, and that the agreed upon attorneys' fees and costs are reasonable; accordingly

     **IT IS ORDERED,** based upon the parties' agreement, that the claims asserted in this action are hereby dismissed and

discontinued with prejudice against Gaccione Defendants only, pursuant to Fed. R. Civ. P. 41(a)(2); and

      **IT IS FURTHER ORDERED** that the Clerk shall close this case.

Dated: February 21, 2023

      */s/ André M. Espinosa*
      ANDRÉ M. ESPINOSA
      United States Magistrate Judge